Leonard H. Sansanowicz (SBN 255729)
**SANSANOWICZ LAW GROUP, P.C.**
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel: (323) 677-0200
Fax: (323) 549-0101
Email: leonard@law-slg.com

Kevin T. Barnes, Esq. (SBN 138477)
**LAW OFFICES OF KEVIN T. BARNES**
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100
Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Attorneys for Plaintiff, Veronica Arellano,
on behalf of herself and others similarly situated

(Defendant's counsel listed on the following page)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ARELLANO, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE ANTHEM COMPANIES, INC., an Indiana corporation; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendant. | Case No.: 20cv2071-GPC-MDD<br><br><u>CLASS ACTION</u><br><br>[*Assigned for All Purposes to Magistrate Judge, Hon. Mitchell D. Demblin*]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed:　　July 30, 2020<br>FAC Filed:　　　　October 8, 2020<br>Removal to USDC: October 21, 2020<br>Trial Date: Not yet set |

NOTICE OF SETTLEMENT

SEYFARTH SHAW LLP
Brian Long (SBN 232746)
bplong@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
Reiko Furuta (SBN 169206)
rfuruta@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Attorneys for Defendant
THE ANTHEM COMPANIES, INC.

Pursuant to the Chamber Rules for Civil Pretrial Procedures of this Magistrate Judge, Section IV, subsection (E), Plaintiff Veronica Arellano and Defendant The Anthem Companies, Inc., hereby notify this Court that the Parties have agreed to resolve Plaintiff's individual claims but have not finalized the settlement. The Parties anticipate they should be able to complete the settlement within forty-five days, at which point the Parties will submit a joint request for dismissal. The Court has not certified a class, so no notice needs to be provided to putative class members, and the Parties will address the PAGA representative action in the joint request for dismissal.

The Parties request the Court vacate the Early Neutral Evaluation and Case Management Conference currently scheduled for February 4, 2021 at 9:30 a.m.

Dated: January 25, 2021                SANSANOWICZ LAW GROUP. P.C.

By  /s/ Leonard H. Sansanowicz
Leonard H. Sansanowicz, Esq.
Attorneys for PLAINTIFF Veronica Arellano, an individual, on behalf of herself and all others similarly situated

Dated: January 25, 2021                SEYFARTH SHAW LLP

By  /s/ Brian P. Long
Brian P. Long, Esq.
Reiko Furuta, Esq.
Attorneys for DEFENDANT The Anthem Companies, Inc.

- 1 -
NOTICE OF SETTLEMENT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am over the age of 18 years and not a party to this action. My business address is 1635 Pontius Avenue, Second Floor, Los Angeles, CA 90025-3361, which is located in Los Angeles County, where the service herein occurred.

On the date of execution hereof, I caused to be served the following attached document:

**JOINT NOTICE OF SETTLEMENT**

on the interested parties in this action, addressed as follows:

<u>Attorneys for Defendant, The Anthem Companies, Inc.:</u>

Brian Long, Esq.
SEYFART SHAW, LLP,
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
Tel.: (213) 270-9600 / Fax: (213) 270-9601
Email: bplong@seyfarth.com

<u>Attorneys for Defendant, The Anthem Companies, Inc.:</u>

Reiko Furuta, Esq.
SEYFART SHAW, LLP,
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Tel.: (310) 277-7200 / Fax: (310) 201-5219
Email: rfuruta@seyfarth.com

<u>Attorneys for Plaintiffs:</u>

Kevin T. Barnes, Esq.
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100
Fax: (323) 549-0101
Email: Barnes@kbarnes.com

using the following service methods:

 **X** **VIA ELECTRONIC SERVICE:** The above documents were electronically filed with the Clerk of the Court using the e-filing system, which sent notification of such filing to the above interested parties.

I DECLARE under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2021, at Los Angeles, California.

*[signature]*

Cielo Guilatco

SANSANOWICZ LAW GROUP, P.C.
Attorneys at Law