Leonard H. Sansanowicz (SBN 255729)
**SANSANOWICZ LAW GROUP, P.C.**
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel: (323) 677-0200
Fax: (323) 549-0101
Email: leonard@law-slg.com

Kevin T. Barnes, Esq. (SBN 138477)
**LAW OFFICES OF KEVIN T. BARNES**
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100
Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Attorneys for Plaintiff, Veronica Arellano,
on behalf of herself and others similarly situated

(Defendant's counsel listed on the following page)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ARELLANO, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANTHEM COMPANIES, INC., an Indiana corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No.: 20cv2071-GPC-MDD<br><br><u>CLASS ACTION</u><br><br>**JOINT REQUEST FOR DISMISSAL**<br><br>Complaint filed:    July 30, 2020<br>FAC Filed:          October 8, 2020<br>Removal to USDC: October 21, 2020<br>Trial Date: Not yet set<br>Judge: Hon. Mitchell D. Demblin |

REQUEST FOR DISMISSAL

1  SEYFARTH SHAW LLP
2  Brian Long (SBN 232746)
   bplong@seyfarth.com
3  601 South Figueroa Street, Suite 3300
4  Los Angeles, California 90017-5793
   Telephone: (213) 270-9600
5  Facsimile: (213) 270-9601

6
   SEYFARTH SHAW LLP
7  Reiko Furuta (SBN 169206)
8  rfuruta@seyfarth.com
   2029 Century Park East, Suite 3500
9  Los Angeles, California 90067-3021
10 Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
11 Attorneys for Defendant
12 THE ANTHEM COMPANIES, INC.

Plaintiff Veronica Arellano and Defendant The Anthem Companies, Inc., hereby notify this Court that the Parties have finalized the settlement of Plaintiff's individual claims and hereby jointly request dismissal of this action pursuant to Federal Rules of Civil Procedure Rule 41(a)(2). Rule 23 requirements do not need to be maintained as the Court has not certified a class. Moreover, Rules 23.1(c), 23.2, and 66 do not apply to this action.

Regarding the representative claim pursuant to California's Labor Code Private Attorneys General Act of 2004 ("PAGA"), as this Court presumably is aware a PAGA representative action "is fundamentally a law enforcement action designed to protect the public and not to benefit private parties" and that "an aggrieved employee's action under the [PAGA] functions as a substitute for an action brought by the government itself." *Iskanian v. CLS Transp. Los Angeles, LLC*, 59 Cal.4th 348, 387 (2014) (quoting *Arias v. Super. Ct.*, 46 Cal.4th 969, 986 (2009); *see also Sakkab v. Luxottica Retail N. Amer., Inc.*, 803 F.3d 425, 435 (2015) ("As the state's proxy, an employee-plaintiff may obtain civil penalties for violations committed against absent employees…However, by obtaining such penalties, the employee-plaintiff does not vindicate absent employers' claims, for the PAGA does not give absent employees any substantive right to bring their 'own' PAGA claims. [Citations.]"). As such, a PAGA claim is an action to recover penalties that belong to the State of California, twenty-five percent of which are distributed among the aggrieved employees. Cal. Lab. Code § 2699(i). Here, Plaintiff noticed violations of Labor Code[1] sections 204, 510, 1194, 1197, and 1198 (off-the-clock/minimum wage violations), 226.7, 512, and 516 (meal period violations), 226 (wage statement violations), and 203 ("waiting time" penalties) in her PAGA notice to the California Labor and Workforce Development Agency ("LWDA"), a copy of which was mailed to Defendant; Plaintiff incorporated those allegations into her PAGA claim in the civil complaint.

---

[1] All references are to the California Labor Code.

*See* **Exhibit 1**.

The Parties are aware of a case filed in Los Angeles County Superior Court, *Simon v. The Anthem Companies, Inc., et al.*, Case No. 19STCV20298, with the following similar allegations: "failure to pay for all hours worked (including minimum wages, straight time wages, and overtime wages), failure to provide meal periods, failure to authorize and permit rest periods, failure to maintain accurate records of hours worked and meal periods, failure to timely pay all wages to terminated employees, and failure to furnish accurate wage statements." **Exhibit 2** (Par. 1, 1:5-13). Further, the *Simon* action defines the term "aggrieved employees" as "All California employees during the relevant statutes of limitations who are or were harmed by Defendant's illegal practices." *Ibid.* (1:25-26). This definition is more expansive than the definition of the instant action, in which Ms. Arellano seeks to represent "customer care representatives." Thus, the PAGA allegations in this action, made on behalf of the State of California, are completely subsumed within the *Simon* PAGA action, and against the same defendant. In addition, the Parties also are aware of another case filed in Los Angeles County Superior Court, *Hills v. Anthem Blue Cross Life And Health Insurance Company*, Case No. 20STCV01757, brought against the named defendant in that case as well as "subsidiaries or affiliated companies" with similar allegations alleging on behalf of all non-exempt employees, unpaid wages, meal and rest period premiums, wage statement violations, failure to timely pay wages upon termination, including derivative claims under PAGA. The PAGA claims in Hills include alleged violations of California Labor Code Sections 201, 202, 203, 204, 205.5, 212, 213, 221, 222, 223, 226, 226.7, 246, 247.5, 510, 512, 558, 1174, 1194, 1197, 1197.1, and 1199. This case, too, would substantially dispose of the proposed PAGA claim in this action.

/ / / /

/ / / /

/ / / /

SANSANOWICZ LAW GROUP, P.C.
Attorneys at Law

For the foregoing reasons, the Parties jointly request the Court dismiss this action with prejudice as to Plaintiff's individual claims, and without prejudice as to Plaintiff's putative class and PAGA claims.

Dated: March 12, 2021  SANSANOWICZ LAW GROUP. P.C.

By  */s/ Leonard H. Sansanowicz*
Leonard H. Sansanowicz, Esq.
Attorneys for PLAINTIFF Veronica Arellano, an individual, on behalf of herself and all others similarly situated

Dated: March 12, 2021  SEYFARTH SHAW LLP

By  */s/ Brian P. Long*
Brian P. Long, Esq.
Reiko Furuta, Esq.
Attorneys for DEFENDANT The Anthem Companies, Inc.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am over the age of 18 years and not a party to this action. My business address is 1635 Pontius Avenue, Second Floor, Los Angeles, CA 90025-3361, which is located in Los Angeles County, where the service herein occurred.

On the date of execution hereof, I caused to be served the following attached document:

**JOINT REQUEST FOR DISMISSAL**

on the interested parties in this action, addressed as follows:

*Attorneys for Defendant, The Anthem Companies, Inc.:*

Brian Long, Esq.
SEYFART SHAW, LLP,
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
Tel.: (213) 270-9600 / Fax: (213) 270-9601
Email: bplong@seyfarth.com

*Attorneys for Defendant, The Anthem Companies, Inc.:*

Reiko Furuta, Esq.
SEYFART SHAW, LLP,
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Tel.: (310) 277-7200 / Fax: (310) 201-5219
Email: rfuruta@seyfarth.com

*Attorneys for Plaintiffs:*

Kevin T. Barnes, Esq.
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100
Fax: (323) 549-0101
Email: Barnes@kbarnes.com

using the following service methods:

__X__ **VIA ELECTRONIC SERVICE:** The above documents were electronically filed with the Clerk of the Court using the e-filing system, which sent notification of such filing to the above interested parties.

I DECLARE under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2021, at Los Angeles, California.

*Cielo Guilatco*

SANSANOWICZ LAW GROUP, P.C.
Attorneys at Law