UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ARELLANO, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ANTHEM COMPANIES, INC., an Indiana corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 20-cv-2071-GPC-MDD<br><br>**JUDGMENT AND ORDER GRANTING THE PARTIES' JOINT REQUEST FOR DISMISSAL**<br><br>**[ECF No. 16]** |

Per the Parties' Joint Request for Dismissal, and with good cause appearing therefore, **IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice** as to Plaintiff's individual claims, and **without prejudice** as to Plaintiff's putative class and PAGA claims.

**IT IS SO ORDERED.**

Dated: March 15, 2021

Hon. Gonzalo P. Curiel
United States District Judge